Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
Automobile Insurance Company of
Bloomington, Illinois

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID WIDBY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF BLOOMINGTON, ILLINOIS, <br><br> Defendant. | Case No. 3:08:cv-0144-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff David Widby and Defendant State Farm Mutual Automobile Insurance Company of Bloomington, Illinois, through their respective counsel of record, that all claims in the

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Stipulation for Dismissal with Prejudice
*Widby v. State Farm;* Case No. 3:08:cv-0144-TMB
Page 1 of 3

above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

LAW OFFICES OF MICHAEL J. SCHNEIDER, P.C.,
Attorney for Plaintiff David Widby

April 23, 2010
Date

By:  s/Michael J. Schneider (Consent)
     Michael J. Schneider
     ABA No. 7510088

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company
of Bloomington, Illinois

April 23, 2010
Date

By:  s/Kimberlee A. Colbo
     Kimberlee A. Colbo
     ABA No. 9211072
     3900 C Street, Suite 1001
     Anchorage, AK  99503
     Telephone No:  (907) 274-7522
     Facsimile No:  (907) 263-8320
     Email:  kcolbo@hglawfirm.net

Hughes Gorski Seedorf
Odsen & Tervooren, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Stipulation for Dismissal with Prejudice
*Widby v. State Farm;* Case No. 3:08:cv-0144-TMB
Page 2 of 3

I hereby certify that a true and correct copy
of the foregoing was served via U.S. Mail
on the 27th day of April, 2010 on:

Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 N Street, Suite 202
Anchorage, AK 99501


s/Kimberlee A. Colbo

HUGHES GORSKI SREDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Stipulation for Dismissal with Prejudice
*Widby v. State Farm;* Case No. 3:08:cv-0144-TMB
Page 3 of 3

Case 3:08-cv-00144-TMB   Document 33   Filed 04/27/10   Page 3 of 3