IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID WIDBY,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF BLOOMINGTON, ILLINOIS,<br><br>      Defendant. | Case No. 3:08:cv-0144-TMB |

## **JUDGMENT OF DISMISSAL**

This matter having come before the court on the stipulation of the parties; and the court being otherwise fully advised;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 29th day of April, 2010.

                                                      /s/ Timothy M. Burgess
                                                    TIMOTHY M. BURGESS
                                                    U.S. DISTRICT COURT JUDGE